NO. 07-01-0482-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 6, 2002

_____


ROMANA LUCIA RUIZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY;

NO. 95444; HONORABLE W.F. CORKY ROBERTS, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Romana Lucia Ruiz gave notice of appeal on December 5, 2001. However, she has now filed a motion to dismiss the appeal, which both she and her attorney have signed.

Because the motion to dismiss meets the requirements of Rule of Appellate Procedure 42.2(a) and this court has not delivered its decision prior to receiving appellant's motion to dismiss, the motion is hereby granted.

Having dismissed this appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

John T. Boyd
Chief Justice

Do not publish.